IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hughes, John

Printed: 10/30/07

Case Number: 07 B 10023
Judge: Squires, John H
Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 24, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,650.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,560.90 |
| Trustee Fee: |  | 89.10 |
| Other Funds: |  | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,934.00 | 1,560.90 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 5. | Rescap Mortgage | Secured | 3,500.00 | 0.00 |
| 6. | CitiFinancial | Secured | 280.00 | 0.00 |
| 7. | B-Real LLC | Unsecured | 236.02 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 38.11 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 79.36 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 137.13 | 0.00 |
| 11. | Capital One | Unsecured | 125.77 | 0.00 |
| 12. | University Pathologists PC | Unsecured | 4.16 | 0.00 |
| 13. | CitiFinancial | Unsecured | 906.24 | 0.00 |
| 14. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 16. | MRSI | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,240.79 | $ 1,560.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.10 |
|  | $ 89.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hughes, John

Printed: 10/30/07

Case Number: 07 B 10023
Judge: Squires, John H
Filed: 6/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_